**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

CHRISTOPHER HART,              \*

                                  \*

     Plaintiff,            \*

                                  \*

        v.                \*        CV 216-004

                                  \*

JERED, LLC,               \*

                                  \*

     Defendant.           \*

                                  \*

                                  \*

---

**O R D E R**

---

Presently before the Court is parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 26.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this ___9th___ day of December, 2016.

                                      _____

                                      HONORABLE J. RANDAL HALL
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF GEORGIA